IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. CAMPELL, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-00871-GLL |
| | ) | |
| vs. | ) | Judge Gary L. Lancaster |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED and consented to by and between the undersigned counsel to an extension of time for the Plaintiff, Thomas Campbell, to respond to the Motion for Summary Judgment until Friday, January 11, 2008. Any reply brief shall be due January 25, 2008.

THOMAS E. CRENNEY & ASSOCIATES, LLC
Counsel for Plaintiff, Thomas Campbell

By: _____
James T. Tallman, Esquire
Dated: 12/21/07

Daniel L. Rivetti, Esquire
ROBB LEONARD MULVIHILL
Counsel for Defendant, State Farm Mutual Automobile Insurance Company

By: /s/ Daniel L. Rivetti
Daniel L. Rivetti, Esquire
Dated: 12/21/07

## ORDER

The above is hereby ordered.

BY THE COURT:

_____
Honorable Gary L. Lancaster

DATED: 12-21-07