IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. CAMPELL, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-00871-GLL |
| | ) | |
| vs. | ) | Judge Gary L. Lancaster |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION AND ORDER FOR EXTENSION
### OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED and consented to by and between the undersigned

counsel to an extension of time for the Plaintiff, Thomas Campbell, to respond to the Motion for

Summary Judgment until Tuesday, January 15, 2008.

THOMAS E. CRENNEY & ASSOCIATES, LLC
Counsel for Plaintiff, Thomas Campbell

Daniel L. Rivetti, Esquire
ROBB LEONARD MULVIHILL
Counsel for Defendant, State Farm Mutual
Automobile Insurance Company

By: _____
James T. Tallman, Esquire
Dated: __1/11/08__

By: _/s/ Daniel Rivetti_____
Daniel L. Rivetti, Esquire
Dated: _1/11/08__

### O R D E R

The above is hereby ordered.

BY THE COURT:

_____
Honorable Gary L. Lancaster
DATED : 1-11-08