IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS E. CAMPBELL, )
 )
 )
 )
 Plaintiff, )
 )
 v. ) Civil Action No. 06-871
 )
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
 )
 Defendant. )

ORDER

AND NOW, this 8th day of April, 2008, upon consideration of defendant's motions in limine, [Doc. Nos. 70, 71 and 72] and plaintiff's motion in limine, [Doc. No. 75] IT IS HEREBY ORDERED THAT the motions are DENIED, without prejudice, on the basis that the parties failed to comply with paragraph B(3) of the Final Scheduling Order, [Doc. No. 43].

BY THE COURT:

*[signature]*

cc: All Counsel of Record