IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS E. CAMPBELL, )
    Plaintiff, )
)
v. ) Civil Action No. 06-871
)
STATE FARM MUTUAL )
AUTOMOBILE INSURANCE )
COMPANY, )
    Defendants. )

## ORDER

AND NOW, this 16th day of April, 2008, IT IS HEREBY ORDERED that the United States Marshal and the Warden of the Westmoreland County Prison, located in Greensburg, Pennsylvania have Thomas E. Campbell, #242-08, present before the undersigned on Monday, April 21, 2008 at 9:30 a.m. for jury selection and trial in the above captioned case.

IT IS FURTHER ORDERED that upon completion of the trial in the above captioned case, Thomas E. Campbell, #242-08, shall be returned to the custody of the Warden of the Westmoreland County Prison.

BY THE COURT:

_____, J.

cc: All Counsel of Record
    United States Marshal