STIPULATION FOR <u>DISMISSAL OR SETTLEMENT</u> OF CASES

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS E. CAMPBELL,                         )
                        Plaintiff,          )
                                            )
    vs.                                     )
                                            )   CIVIL ACTION NO.06-cv-00871
STATE FARM MUTUAL AUTOMOBILE                )
INSURANCE COMPANY,                          )
                        Defendant.          )   Judge Gary L. Lancaster

We the attorneys for the respective parties, do hereby stipulate
that

<u>a full and final settlement has been reached in the above-captioned</u>

<u>matter and this matter should be discontinued</u>

_____

_____

and that the Court may enter an order accordingly, notice by the

Clerk being hereby waived.

_____
James T. Tallman, Esquire
Attorney for Plaintiff

_____
Daniel L. Rivetti, Esquire
Attorney for Defendant

_____

_____
Attorney for Third Party
Defendant

<u>ORDER</u>

AND NOW, this ___22___ day of _____ 2008, IT IS SO
ORDERED.

_____
UNITED STATES DISTRICT JUDGE