IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. CAMPBELL, | CIVIL DIVISION |
| | No. 06-cv-00871 |
| Plaintiff, | |
| | (Electronically Filed) |
| vs. | |
| | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Judge Gary L. Lancaster |
| | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by the parties, through their undersigned counsel, that this action and all claims of the parties are hereby dismissed with prejudice.

ROBB LEONARD MULVIHILL LLP     THOMAS E. CRENNEY & ASSOCIATES

By: */s/ Daniel L. Rivetti*            By: */s/ James T. Tallman*
    Daniel L. Rivetti, Esquire               James T. Tallman, Esquire
    Pa. I.D. #73015                           Pa. I.D. #40986
    Attorneys for Defendant                Attorneys for Plaintiff

BY THE COURT:

_____ J.

:65732.1